NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSEPH AND RHONDA TIPTON,　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Appellants,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　　Case No. 2D17-2276
　　　　　　　　　　　　　　　　　　　　)
OLD DOMINION INSURANCE COMPANY, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　Appellee.　　　　　　　　　　　)
_____)

Opinion filed June 29, 2018.

Appeal from the Circuit Court for Polk
County; Keith P. Spoto, Judge.

George A. Vaka and Nancy A. Lauten of
Vaka Law Group, Tampa, for Appellants.

Jonathan T. Hall and Andrew A. Labbe of
Groelle & Salmon, P.A., Tampa, for
Appellee.


PER CURIAM.

　　　　　Affirmed.


SALARIO and ROTHSTEIN-YOUAKIM, JJ., and TIBBALS, WESLEY D., ASSOCIATE
JUDGE, Concur.